Electronically Filed - St Charles Circuit Div - June 26, 2026 - 01:25 PM

IN THE CIRCUIT COURT OF THE COUNTY OF ST. CHARLES
STATE OF MISSOURI

| | | |
|---|---|---|
| KATHLEEN MEYER,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br>Serve: CT Corporation<br>5661 Telegraph Rd, Suite 4B<br>St. Louis, MO 63129<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>Case No<br><br>JURY TRIAL DEMANDED |

**PETITION**

Comes Now Plaintiff, Kathleen Meyer, for her claim against Defendant, states as follows:

1. At all times pertinent herein, Defendant owned and/or was responsible for maintaining the premises located at 1661 Jungermann Road in St. Louis Charles County, Missouri.

2. On or about February 18, 2023, Plaintiff was a customer in Defendant's premises when she tripped and fell over a stack or pile of seeds or other products on a pallet, causing her to sustain permanent, serious and painful injuries and damages as hereinafter setout.

3. The pallet protruded into a pedestrian traffic area of the premises and, as a result, the floor was not reasonably safe.

4. Defendant knew or by using ordinary care could have known of this condition.

5. Defendant failed to use ordinary care to remove the hazard, barricade the area, warn of the hazard, or otherwise remedy the condition.

6. Such negligence of Defendant, in one or more of the respects submitted above, directly caused or directly contributed to cause Plaintiff to sustain injuries to her right lower extremity, back, right wrist, and head; medical and other health care related expenses have been incurred in in connection with said injuries and Plaintiff will in the future incur additional monies for further medical care and services; all the aforesaid injuries are permanent and progressive and

Electronically Filed - St Charles Circuit Div - June 26, 2026 - 01:25 PM

greatly interfere with Plaintiff's ability to enjoy life; she has and will continue to suffer pain and discomfort.

WHEREFORE, Plaintiff Lorraine Fijabi prays judgment against Defendant in such amount of money damages that are fair and reasonable under the circumstances, in an amount in excess of the jurisdictional limits of all inferior trial courts, prejudgment interest in accordance with law, costs expended herein and for such other relief as may be appropriate under the circumstances.

Respectfully submitted,

KOLKER LAW FIRM, L.L.C.

***/s/Aaron W. Sanders***
Aaron W. Sanders, #64133
7700 Bonhomme Ave. Suite 350
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile
aws@kolkerlawfirm.com

*Attorney for Plaintiff*